Plaintiff's Name _David Ponce_

Inmate No. _H·1025391_

Address _KCJ - C8 DORM_

_P.O. Box 1699_

_Hanford, CA 93230_

**FILED**

**AUG 19 2021**

IN THE UNITED STATES DISTRICT COURT CLERK U.S. DISTRICT COURT
EASTERN DISTRICT, OF CALIFORNIA

BY_____

FOR THE EASTERN DISTRICT OF CALIFORNIA    DEPUTY CLERK

_DAVID PONCE_

(Name of Plaintiff)

_1·21-cv-1045-DAD-BAM_

(Case Number)

VS.

_Hanford P.D. K9 Unit_

_Officer Scandura_

**AMENDED CIVIL RIGHTS COMPLAINT UNDER:**

☒ **42 U.S.C. 1983 (State Prisoner)**

☐ **Bivens** Action [403 U.S. 388 (1971)] (Federal Prisoner)

**RECEIVED**

AUG 19 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____DEPUTY CLERK

(Names of all Defendants)

**I. Previous Lawsuits (list all other previous or pending lawsuits on additional page):**

A. Have you brought any other lawsuits while a prisoner?  Yes _X_ No____

B. If your answer to A is yes, how many? _____1_____

Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

1. Parties to this previous lawsuit:

Plaintiff _DAVID PONCE_

Defendants _FRESNO CO. SHERIFF'S DEPT._

2. Court (if Federal Court, give name of District; if State Court, give name of County)
_U.S.D.C - EASTERN DISTRICT OF CALIFORNIA_

3. Docket Number _1:21-cv-01096-HBK_  4. Assigned Judge _HELENA M BARCH-KUCHTA_

5. Disposition (Was the case dismissed? Appealed? Is it still pending?)
_PENDING_

6. Filing Date (approx.) _7/2/2021_          7. Disposition Date (approx.) _PENDING_

## II. Exhaustion of Administrative Remedies

**NOTICE:**      Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). Prior to filing suit, inmates are _required_ to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002). If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

> A. Is there an inmate appeal or administrative remedy process available at your institution?
>
> Yes__X__  No_____
>
> B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?
>
> Yes__✓__  No_____
>
> C. Is the process completed?
>
> Yes__X__          If your answer is yes, briefly explain what happened at each level.

I WAS DENIED AT EACH LEVEL AND TOLD THAT MY ISSUES CANNOT BE RESOLVED HERE AND THAT THEY LOST MY PROPERTY AFTER I WAS ATTACKED BY K9.

— SEE EXHIBIT A —

> No_____          If your answer is no, explain why not.

## III. Defendants

List each defendant's full name, official position, and place of employment and address in the spaces below. If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

A. Name _HARPED Police DEPT._ is employed as ___COPS___

Current Address/Place of Employment _HARPED CAL, 93230_

B. Name _OFFICER SCMOURA_ is employed as _H·P·D_

Current Address/Place of Employment _HANFORD, CA l 93230_

C. Name _____ is employed as _____

Current Address/Place of Employment _____

D. Name _____ is employed as _____

Current Address/Place of Employment _____

E. Name _____ is employed as _____

Current Address/Place of Employment _____

**IV. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

Claim 1: The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

_7th & 8th & 9th AMENDMENT Violations._
_FREEDOM FROM CRUEL & UNUSUAL PUNISHMENT AND_
_EQUAL PROTECTION Clause, ETC......._

Supporting Facts (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 1.):

_I WAS ILLEGALLY SEARCHED BY POLICE OFFICER AFTER HE LET LET THE_
_K9 DOG GO ON ME FOR NO REASON. THE DOG WRIPPED INTO MY_
_FLESH ALL THE WHILE K9 HANDLER WAS VIOLENTLY STRIKING ME_
_IN THE BACK OF THE HEAD, AND KICKING ME. PLAINTIFF ASSERTS_
_HE SUFFERED OVER 62 BITES AND HAS THE K9 TEETH MARKS (SCARS)_
_TO SHOW PROOF. AS A RESULT OF THIS ILLEGAL SEARCH &_
_SEIZURE I SUFFERED A LOSS OF MY BELONGINGS AND EMOTIONAL_

DISTRESS. I DID NOTHING WRONG TO WARRANT THIS POLICE BRUTALITY BY EXCESSIVE FORCE. ~~ALL~~ THIS STARTED ~~OCCURED~~ ON 7TH ST. IN HANFORD, CA AT THE UNITED MARKET BUS STOP ON 3-22-21 AND THEN LET THE DOG GO ON ME. A BLOCK AWAY IS WHERE THE DOG GOT ME WHILE I WAS DEFENDING MYSELF FROM SUCH EXCESSIVE FORCE.

**Claim 2:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

CRUEL & UNUSUAL PUNISHMENT

Supporting Facts (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 2.):

OFFICER SCANOURA HAD NO RIGHT TO PUT ME IN HARMS WAY NOR TO ENDANGER MY LIFE THE WAY HE DID. THE EXCESSIVE FORCE AND POLICE BRUTALITY SUFFERED WAS INHUMANE AND CRUEL & UNUSUAL PUNISHMENT. I WAS PHYSICALLY & MENTALLY ABUSED BY THIS OFFICER. DEFENDANT IS NAMED ACCORDINGLY "SEE EXHIBIT B"

**V. Relief**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statues.

Plaintiff seeks monetary and declatory relief in thee amount
of to be discussed upon motion being granted, as well as for
the defendants to be prosecuted and brought to justice to the
fullest extent of the law. As well compensated for punitive
damages.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 8/15/21        Signature of Plaintiff:

(Revised 4/4/14)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT

A

# Grievance #122649633

**Profile Photo:**



**Audit Photo:**

**Inmate Info**

**Name:** David Ponce (1977-10-08)
**Booking Number:** H1025341
**Nationality:**
**Submitted Date:** 04/08/21 14:47
**Submitted from Location/Room:** Dayroom B3/Pod B-3
**Current Location/Room:** C8-Dorm/Pod C-8
**Facility:** Kings County Jail CA

**Form Info**

**Category:** Grievance
**Form:** Inmate Grievance
**Internal Tag:** No Tag

**Grievance Info**

**Status:** CLOSED by T. Day 5217
**Facility Deadline:** 05/11/21 23:59
**Grievance Level:** 3
**Inmate can reply:** No
**Disposition @ 1:** Resolved at my level

**Summary of Grievance:**

My do process was over do I was arrested on 03\23\21at 2:04 and my arainment was not till Friday after 1:00pm no warent

**Details of Grievance:**

**Details of Grievance::**

No warrant was issued so why was the dog unlished on me an why was I arrested .Also my phany pack did not come to jail with me every one in town seen me with it and what it had in it .So I would like my stuff and all official that was president names and videos of cars and body cam that the officer said he was recording .I feel like I was arrested to get my phanny pack .Also I was arrested a few times that week and had my phanny pack on me, also officer in Strafford took my golden spoon .Arresting Sargent said he wood get it back .I still have not heard anything about this so please can we get this resolved

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 04/29/21 15:24 | T. Day 5217 | Changed Status | From 'Open' to 'Closed' |
| 04/29/21 15:24 | T. Day 5217 | Changed Disposition | Changed Disposition for level 3 with value " to 'Resolved at my level' |
| 04/29/21 15:24 | T. Day 5217 | Staff Response | "...which officer took me," is vague and unclear. You were arraigned by Judge Ciuffini. Contact Hanford PD to identify the officer that read you your rights. - Lieutenant Day |
| 04/21/21 12:54 | David Ponce | Appeal | I would like to no which officer took me and which juge arraigned me and who read me my rights I went to court on Friday not that date and my booking sheet says 3\23\21 at 2:04:59 |
| 04/21/21 12:54 | | Changed Status | From Closed to Open due to Appeal |
| 04/21/21 12:54 | | Changed Level | From 2 to 3 due to Appeal |
| 04/21/21 10:08 | V. Rodriguez 5197 | Changed Status | From 'Open' to 'Closed' |
| 04/21/21 10:08 | V. Rodriguez 5197 | Changed Disposition | Changed the disposition value for level 2 from to Resolved at my level |
| 04/21/21 09:58 | V. Rodriguez 5197 | Staff Response | I received your grievance on April 16, 2021 and have had an opportunity to review your first and second level narrative and staff's first level response. I reviewed your Inmate file through the Kings County Jail Management system and reviewed court records provided by the Kings County Superior Courts. You were arrested on March 22, 2021 at 2311 hours; per the courts minute order you were arraigned via Blue Jeans video conferencing from the Kings County Jail on March 24, 2021 at 1407 hours. Mr. Ponce you were arraigned within the 48 hours after your arrest as required per Penal Code 825. You are correct the property you are claiming that is missing did not come to the jail with you, ("Phany pack"). The property was not brought into the Kings County Jail. The property was not inventoried nor listed on the booking sheet by the arresting officer therefore; it was not logged into your Inmate file as being stored by KCJ. You will need to contact the arresting agency for information and location of your property. I have provided you with the contact information. Furthermore, questions |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 04/21/21 09:56 | V. Rodriguez 5197 | Document added | Document david ponce property shet booking sheet.pdf was added. Shared with Inmate: No |
| 04/12/21 17:27 | David Ponce | Appeal | This is not true It was on Friday 3\27\21after 1:00pm when I seen by the juged and was charge with this crime |
| 04/12/21 17:27 | | Changed Status | From Closed to Open due to Appeal |
| 04/12/21 17:27 | | Changed Level | From 1 to 2 due to Appeal |
| 04/08/21 15:50 | R. Bejarano 5329 | Staff Response | Mr. Ponce, I have had a chance to review your grievance. I had already spoken to you about this issue and explained that any items withheld by the arresting agency for evidence will not be received by the jail. You can contact the arresting agency for further information about your property. The items you are looking for are not being held at the Kings County Jail. After looking into your arrest timeline I seen that you were arrested late March 22nd and taken for arraignment on March 24th. That is well within the limits of adequate time to have you seen by a judge. I consider this grievance resolved at my level. |
| 04/08/21 15:50 | R. Bejarano 5329 | Changed Status | From 'Open' to 'Closed' |
| 04/08/21 15:50 | R. Bejarano 5329 | Changed Disposition | Changed the disposition value for level 1 from to Resolved at my level |
| 04/08/21 14:47 | David Ponce | Submitted New | My do process was over do I was arrested on 03\23\21at 2:04 and my arainment was not till Friday after 1:00pm no warent |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBITS

B

Page ___



**HANFORD POLICE DEPARTMENT**
Parker Sever, Chief of Police

July 16, 2021

David Ponce,

In order to get a copy of the police report you will need to contact the District
Attorney's Discovery Desk due to this being an open investigation still. As for the
officer that arrested you that is Officer Scandura, and I have attached a complaint
form for you to fill out and mail back to the Hanford Police Department to submit
your complaint.

Respectfully,

Hanford Police Department

 **HANFORD POLICE DEPARTMENT**
Parker Sever, Chief of Police

April 29, 2021

Subject: David Ponce
AKA:                                           DOB: 10/08/1977

We do not show record of your fanny pack, rocks or tent being booked into evidence/property for the date and time you listed. If you have any further information that can help us locate your items please send correspondence.

Please call my office if you need any additional information.

Respectfully,

Hanford Police Department
(559) 585-4754 Office
(559) 585-2151 Fax