MARIO U. ZAMORA, #258721
CHRISTINA G. DiFILIPPO, #327255
GRISWOLD, LaSALLE, COBB,
    DOWD & GIN, L.L.P.
111 E. Seventh Street
Hanford, CA 93230
Telephone: (559) 584-6656
Facsimile: (559) 582-3106
E-mails: zamora@griswoldlasalle.com; difilippo@griswoldlasalle.com
Attorneys for: Defendants, Hanford Police Department and Officer Brian Scandura

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

DAVID PONCE,

       Plaintiff,

    vs.

HANFORD POLICE HPD, a public entity;
OFFICER BRIAN SCANDURA, in his
individual and official capacity, and DOES 1-
50, inclusive, Jointly and Severally,

       Defendants.

Case No.: 1:21-cv-01045-DAD-BAM

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO AMENDED COMPLAINT**

**(L.R. 144)**

    Pursuant to Local Rule 144, Defendants, HANFORD POLICE and OFFICER BRIAN SCANDURA (collectively "Defendants") and Plaintiff, DAVID PONCE ("Plaintiff"), by and through their respective counsel of record, hereby stipulate as follows:

    WHEREAS, Plaintiff filed his FOURTH AMENDED COMPLAINT ("Amended Complaint") on January 19, 2022, and Defendants were served following the filing;

    WHEREAS, Defendants currently have until April 11, 2022 to respond to the Amended Complaint;

    WHEREAS, Defendants intend to file a Motion to Dismiss under Federal Rule 12(b)(6) and Plaintiff has requested, and Defendants have consented to, an additional forty-five (45) days for Defendants' response to the Amended Complaint; and

    WHEREAS, an additional forty-five (45) days for Defendants' response to the Amended Complaint will be past the Mandatory Scheduling Conference which is currently set for May 11, 2022.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO AMENDED COMPLAINT
*Ponce v. Hanford Police, et al.*
Eastern District of California Case Number 1:21-cv-01045

THEREFORE, IT IS HEREBY STIPULATED by and among the parties, through their respective counsel, that Defendants shall answer or otherwise respond to the Amended Complaint on May 26, 2022.

THEREFORE, IT IS FURTHER STIPULATED by and among the parties through their respective counsel, that the Court continue the Mandatory Scheduling Conference which is currently set for May 11, 2022.

This Stipulation is made for good cause and not for purposes of delay.

Dated: June 10, 2021                SIAS LAW INC.

By: /s/ Jason O. Sias
Jason O. Sias
Attorneys for: David Ponce

Dated: April 11, 2022               GRISWOLD, LaSALLE, COBB,
DOWD & GIN, L.L.P.

By: /s/ Christina G. DiFilippo
CHRISTINA G. DiFILIPPO
Attorneys for: City of Lindsay and City of Coalinga

## ORDER

Pursuant to the foregoing stipulation of the parties, and for good cause shown, it is hereby ORDERED that the deadline for Defendants HANFORD POLICE and OFFICER BRIAN SCANDURA to respond to Plaintiff's Fourth Amended Complaint is extended to and including May 26, 2022.

///
///
///
///
///
///
///
///

STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO AMENDED COMPLAINT
*Ponce v. Hanford Police, et al.*
Eastern District of California Case Number 1:21-cv-01045

1    IT IS FURTHER ORDERED that the Mandatory Scheduling Conference currently set
2 for May 11, 2022 is continued to **September 22, 2022, at 8:30 AM in Courtroom 8 (BAM)**
3 **before Magistrate Judge Barbara A. McAuliffe.** The parties shall file a Joint Scheduling
4 Report one week prior to the conference. The parties shall appear at the conference with each
5 party connecting remotely either via Zoom video conference or Zoom telephone number. The
6 parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the
7 conference. The Zoom ID number and password are confidential and are not to be shared.
8 Appropriate court attire required.
9 IT IS SO ORDERED.
10
11   Dated:   __April 11, 2022__          __/s/ Barbara A. McAuliffe__
12                                          UNITED STATES MAGISTRATE JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO AMENDED COMPLAINT**
*Ponce v. Hanford Police, et al.*
Eastern District of California Case Number 1:21-cv-01045