MARIO U. ZAMORA, #258721
CHRISTINA G. DiFILIPPO, #327255
GRISWOLD, LaSALLE, COBB,
    DOWD & GIN, L.L.P.
111 E. Seventh Street
Hanford, CA 93230
Telephone: (559) 584-6656
Facsimile: (559) 582-3106
E-mails: zamora@griswoldlasalle.com; difilippo@griswoldlasalle.com
Attorneys for: Defendants, Hanford Police Department and Officer Brian Scandura

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PONCE,<br><br>    Plaintiff,<br><br>vs.<br><br>HANFORD POLICE HPD, a public entity; OFFICER BRIAN SCANDURA, in his individual and official capacity, and DOES 1-50, inclusive, Jointly and Severally,<br><br>    Defendants. | Case No.: 1:21-cv-01045-DAD-BAM<br><br>**STIPULATION AND ORDER FOR FURTHER EXTENSION OF TIME TO FILE RESPONSE TO AMENDED COMPLAINT**<br><br>**(L.R. 144)** |

Pursuant to Local Rule 144, Defendants, HANFORD POLICE and OFFICER BRIAN SCANDURA (collectively "Defendants") and Plaintiff, DAVID PONCE ("Plaintiff"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed his FOURTH AMENDED COMPLAINT ("Amended Complaint") on January 19, 2022, and Defendants were served following the filing;

WHEREAS, the Court entered into an Order upon stipulation by the parties to extend the deadline for Defendants to respond to the Complaint until May 26, 2022 (Doc. 23.);

WHEREAS, Defendants intend to file a Motion to Dismiss under Federal Rule 12(b)(6) and Plaintiff has requested, and Defendants have consented to, an additional thirty (30) days for Defendants' response to the Amended Complaint; and

THEREFORE, IT IS HEREBY STIPULATED by and among the parties, through their respective counsel, that Defendants shall answer or otherwise respond to the Amended Complaint on June 27, 2022.

1

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

**STIPULATION AND ORDER FOR FURTHER EXTENSION OF TIME TO FILE RESPONSE TO AMENDED COMPLAINT**
*Ponce v. Hanford Police, et al.*
Eastern District of California Case Number 1:21-cv-01045

This Stipulation is made for good cause and not for purposes of delay.

Dated: _____   SIAS LAW INC.

By: /s/ Jason O. Sias
    Jason O. Sias
    Attorneys for: David Ponce

Dated: _____   GRISWOLD, LaSALLE, COBB,
                                DOWD & GIN, L.L.P.

By: /s/ Christina G. DiFilippo
    CHRISTINA G. DiFILIPPO
    Attorneys for: Hanford Police Department and
    Officer Brian Scandura

**ORDER**

Pursuant to the foregoing stipulation of the parties, and for good cause shown, it is hereby ORDERED that the deadline for Defendants HANFORD POLICE DEPARTMENT and OFFICER BRIAN SCANDURA to respond to Plaintiff's Fourth Amended Complaint is extended to and including June 27, 2022.

IT IS SO ORDERED.

Dated: **May 18, 2022**        /s/ Barbara A. McAuliffe
                                UNITED STATES MAGISTRATE JUDGE

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

2

STIPULATION AND ORDER FOR FURTHER EXTENSION OF TIME TO FILE RESPONSE TO AMENDED COMPLAINT
*Ponce v. Hanford Police, et al.*
Eastern District of California Case Number 1:21-cv-01045