MARIO U. ZAMORA, #258721
CHRISTINA G. DiFILIPPO, #327255
GRISWOLD, LaSALLE, COBB,
　　DOWD & GIN, L.L.P.
111 E. Seventh Street
Hanford, CA 93230
Telephone: (559) 584-6656
Facsimile: (559) 582-3106
E-mails: zamora@griswoldlasalle.com; difilippo@griswoldlasalle.com
Attorneys for: Defendants, Hanford Police Department and Officer Brian Scandura

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PONCE,<br>　　　　Plaintiff,<br>　　vs.<br>HANFORD POLICE HPD, a public entity; OFFICER BRIAN SCANDURA, in his individual and official capacity, and DOES 1-50, inclusive, Jointly and Severally,<br>　　　　Defendants. | Case No.: 1:21-cv-01045-DAD-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER FOR FURTHER EXTENSION OF TIME TO FILE RESPONSE TO AMENDED COMPLAINT**<br><br>**(L.R. 144)** |

　　　　Pursuant to Local Rule 144, Defendants, HANFORD POLICE and OFFICER BRIAN SCANDURA (collectively "Defendants") and Plaintiff, DAVID PONCE ("Plaintiff"), by and through their respective counsel of record, hereby stipulate as follows:

　　　　WHEREAS, Plaintiff filed his FOURTH AMENDED COMPLAINT ("Amended Complaint") on January 19, 2022, and Defendants were served following the filing;

　　　　WHEREAS, the Court entered into an Order upon stipulation by the parties to extend the deadline for Defendants to respond to the Complaint until May 26, 2022 (Doc. 23.);

　　　　WHEREAS, the Court entered into an Order upon stipulation by the parties to further extend the deadline for Defendants to respond to the Complaint until June 27, 2022 (Doc 25.);

　　　　WHEREAS, Defendants intend to file a Motion to Dismiss under Federal Rule 12(b)(6);

　　　　WHEREAS, counsel for Plaintiff is entering into a trial on July 29, 2022 which is expected to last 5 weeks and therefore is limited in time to respond to and argue a Motion to Dismiss;

1

**STIPULATION AND [PROPOSED] ORDER FOR FURTHER EXTENSION OF TIME TO FILE RESPONSE TO AMENDED COMPLAINT**
*Ponce v. Hanford Police, et al.*
Eastern District of California Case Number 1:21-cv-01045

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

1  WHEREAS, the parties have agreed to additional time for Defendants to respond to the
2  Amended Complaint; and
3  THEREFORE, IT IS HEREBY STIPULATED by and among the parties, through their
4  respective counsel, that Defendants shall answer or otherwise respond to the Amended Complaint
5  on September 9, 2022.
6  THEREFORE, IT IS FURTHER STIPULATED by and among the parties through their
7  respective counsel, that the Court continue the Mandatory Scheduling Conference which is
8  currently set for September 22, 2022.
9  This Stipulation is made for good cause and not for purposes of delay.

Dated: ___July 5, 2022____        SIAS LAW INC.

By: /s/ Jason O. Sias
    Jason O. Sias
    Attorneys for: David Ponce

Dated: ___July 5, 2022____        GRISWOLD, LaSALLE, COBB,
                                  DOWD & GIN, L.L.P.

By: /s/ Christina G. DiFilippo
    CHRISTINA G. DiFILIPPO
    Attorneys for: Hanford Police Department and
    Officer Brian Scandura

**ORDER**

Pursuant to the foregoing stipulation of the parties, and for good cause shown, it is hereby ORDERED that the deadline for Defendants HANFORD POLICE DEPARTMENT and OFFICER BRIAN SCANDURA to respond to Plaintiff's Fourth Amended Complaint is extended to and including September 9, 2022.

IT IS FURTHER ORDERED that the Mandatory Scheduling Conference currently set for September 22, 2022 is continued to **December 20, 2022, at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** The Parties will file a Joint Report

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

2

**STIPULATION AND [PROPOSED] ORDER FOR FURTHER EXTENSION OF TIME TO FILE RESPONSE TO AMENDED COMPLAINT**
*Ponce v. Hanford Police, et al.*
Eastern District of California Case Number 1:21-cv-01045

in accordance with the requirements set for in the Court's Order dated February 10, 2022 (Doc. 19).  The parties shall appear at the conference with each party connecting remotely either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared.  Appropriate court attire required.

The parties are cautioned that further extensions of time will not be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated:  **July 6, 2022**            /s/ *Barbara A. McAuliffe*          
                              UNITED STATES MAGISTRATE JUDGE

GRISWOLD, LaSALLE, COBB, DOWD & GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

3

**STIPULATION AND [PROPOSED] ORDER FOR FURTHER EXTENSION OF TIME TO FILE RESPONSE TO AMENDED COMPLAINT**
*Ponce v. Hanford Police, et al.*
Eastern District of California Case Number 1:21-cv-01045