MARIO U. ZAMORA, #258721
CHRISTINA G. Di FILIPPO, #327255
GRISWOLD, LaSALLE, COBB,
    DOWD & GIN, L.L.P.
111 E. Seventh Street
Hanford, CA 93230
Telephone: (559) 584-6656
Facsimile: (559) 582-3106
E-mails: zamora@griswoldlasalle.com; difilippo@griswoldlasalle.com
Attorneys for: Defendants, Hanford Police Department and Officer Brian Scandura

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| DAVID PONCE,<br><br>       Plaintiff,<br><br>vs.<br><br>HANFORD POLICE HPD, a public entity; OFFICER BRIAN SCANDURA, in his individual and official capacity, and DOES 1-50, inclusive, Jointly and Severally,<br><br>       Defendants. | Case No.: 1:21-cv-01045-ADA-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER TO WITHDRAW MOTION TO DISMISS AND AMEND THE FOURTH AMENDED COMPLAINT** |

Defendants, HANFORD POLICE and OFFICER BRIAN SCANDURA (collectively "Defendants") and Plaintiff, DAVID PONCE ("Plaintiff"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed his FOURTH AMENDED COMPLAINT ("Amended Complaint") on January 19, 2022, and Defendants were served following the filing;

WHEREAS, Plaintiff's criminal matter connected with his arrest on March 20, 2021 has a hearing calendared for Plaintiff's Motion to Withdraw Plea set for November 10, 2022;

WHEREAS, on September 16, 2022 Defendants filed their Motion to Dismiss the Fourth Amended Complaint pursuant to Federal Rule 12(b)(6);

WHEREAS, after the filing of Defendants' Motion, the parties have further met and conferred regarding the Motion and the Fourth Amended Complaint and have agreed that it would be in the best interest of all parties to wait until Plaintiff's Motion to Withdraw Plea has

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

1

**STIPULATION AND ORDER TO WITHDRAW MOTION TO DISMISS AND AMEND THE FOURTH AMENDED COMPLAINT**
*Ponce v. Hanford Police, et al.*
Eastern District of California Case Number 1:21-cv-01045

1  been heard and ruled upon prior to submitting arguments to the Court on Defendants' Motion to
2  Dismiss.
3        THEREFORE, IT IS HEREBY STIPULATED by and among the parties, through their
4  respective counsel, that Defendants Motion to Dismiss filed on September 16, 2022, shall be
5  withdrawn and Plaintiff shall file a Fifth Amended Complaint by December 31, 2022.

7  Dated: September 26, 2022      SIAS LAW INC.

8         By: /s/ Jason O. Sias
          Jason O. Sias
9            Attorneys for: Plaintiff, David Ponce

10  Dated: September 26, 2022      GRISWOLD, LaSALLE, COBB,
11            DOWD & GIN, L.L.P.

12         By: /s/ Christina G. DiFilippo
13            CHRISTINA G. Di FILIPPO
          Attorneys for: Defendants, Hanford Police
14            Department and Officer Brian Scandura

15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

2

GRISWOLD, LaSALLE, COBB, DOWD & GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

**STIPULATION AND ORDER TO WITHDRAW MOTION TO DISMISS AND AMEND THE FOURTH AMENDED COMPLAINT**
*Ponce v. Hanford Police, et al.*
Eastern District of California Case Number 1:21-cv-01045

**ORDER**

Pursuant to the foregoing stipulation of the parties, and for good cause shown, it is hereby ORDERED that the Motion to Dismiss filed by Defendants HANFORD POLICE and OFFICER BRIAN SCANDURA is hereby withdrawn.

IT IS FURTHER ORDERED that Plaintiff shall file a Fifth Amended Complaint by December 31, 2022.

IT IS FURTHER ORDERED that the Mandatory Scheduling Conference currently set for December 20, 2022 is continued to **February 1, 2023 at 9:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** The parties shall file a Joint Scheduling Report one week prior to the conference. The parties shall appear at the hearing remotely either via Zoom video conference or Zoom telephone number. The parties shall be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated:   **September 26, 2022**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

GRISWOLD, LaSALLE, COBB, DOWD & GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

3

STIPULATION AND ORDER TO WITHDRAW MOTION TO DISMISS AND AMEND THE FOURTH AMENDED COMPLAINT
*Ponce v. Hanford Police, et al.*
Eastern District of California Case Number 1:21-cv-01045