MARIO U. ZAMORA, #258721
CHRISTINA G. DI FILIPPO, #327255
GRISWOLD, LaSALLE, COBB,
    DOWD & GIN, L.L.P.
111 E. Seventh Street
Hanford, CA 93230
Telephone: (559) 584-6656
Facsimile: (559) 582-3106
E-mails: zamora@griswoldlasalle.com; difilippo@griswoldlasalle.com
Attorneys for: Defendants, Hanford Police Department and Officer Brian Scandura

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PONCE,<br><br>       Plaintiff,<br><br>vs.<br><br>HANFORD POLICE HPD, a public entity; OFFICER BRIAN SCANDURA, in his individual and official capacity, and DOES 1-50, inclusive, Jointly and Severally,<br><br>       Defendants. | Case No.: 1:21-cv-01045-DAD-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO FIFTH AMENDED COMPLAINT**<br><br>**(L.R. 144)** |

      Pursuant to Local Rule 144, Defendants, HANFORD POLICE and OFFICER BRIAN SCANDURA (collectively "Defendants") and Plaintiff, DAVID PONCE ("Plaintiff"), by and through their respective counsel of record, hereby stipulate as follows:

      WHEREAS, Plaintiff filed his Fifth Amended Complaint on December 31, 2022, and Defendants were served following the filing;

      WHEREAS, Defendants currently have until January 20, 2023 to respond to the Fifth Amended Complaint;

      WHEREAS, Defendants intend to file a Motion to Dismiss under Federal Rule 12(b)(6) and Defendants have requested, and Plaintiff has consented to, an additional thirty-five (35) days for Defendants' response to the Fifth Amended Complaint; and

      WHEREAS, an additional thirty-five (35) days for Defendants' response to the Fifth Amended Complaint will be past the Mandatory Scheduling Conference which is currently set for February 1, 2023.

1

GRISWOLD, LaSALLE, COBB, DOWD & GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO FIFTH AMENDED COMPLAINT**
*Ponce v. Hanford Police, et al.*
Eastern District of California Case Number 1:21-cv-01045

THEREFORE, IT IS HEREBY STIPULATED by and among the parties, through their respective counsel, that Defendants shall answer or otherwise respond to the Fifth Amended Complaint on February 24, 2023.

THEREFORE, IT IS FURTHER STIPULATED by and among the parties through their respective counsel, that the Court continue the Mandatory Scheduling Conference which is currently set for February 1, 2023.

This Stipulation is made for good cause and not for purposes of delay.

Dated: January 20, 2023          SIAS LAW INC.

                                 By: /s/ Jason O. Sias
                                     Jason O. Sias
                                     Attorneys for: David Ponce

Dated: January 20, 2023          GRISWOLD, LaSALLE, COBB,
                                     DOWD & GIN, L.L.P.

                                 By: /s/ Christina G. Di Filippo
                                     CHRISTINA G. DI FILIPPO
                                     Attorneys for: City of Lindsay and City of Coalinga

**ORDER**

Pursuant to the foregoing stipulation of the parties, and for good cause shown, it is hereby ORDERED that the deadline for Defendants HANFORD POLICE and OFFICER BRIAN SCANDURA to respond to Plaintiff's Fifth Amended Complaint is extended to and including **February 24, 2023**.

IT IS FURTHER ORDERED that the Mandatory Scheduling Conference currently set for February 1, 2023 is continued to **March 23, 2023 at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** The Parties will file a Joint Report in accordance with the requirements set for in the Court's Order dated February 10, 2022 (Doc. 19).

IT IS SO ORDERED.

Dated: **January 20, 2023**             /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, LLP
111 E. SEVENTH STREET
HANFORD, CA 93230

2

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO FIFTH AMENDED COMPLAINT
*Ponce v. Hanford Police, et al.*
Eastern District of California Case Number 1:21-cv-01045