UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PONCE,<br>Plaintiff,<br>v.<br>BRIAN SCANDURA, et al.,<br>Defendants. | Case No. 1:21-cv-01045-KES-FJS<br>ORDER CONTINUING SCHEDULING CONFERENCE |

On February 27, 2023, Defendants Hanford Police HPD and Brian Scandura filed a motion to dismiss. (ECF No. 45.) Due to the current status of this case, the scheduling conference currently set for October 6, 2026, is continued to January 5, 2027, at 10:30 AM in Courtroom 8 (FJS) before U.S. Magistrate Judge Frank J. Singer. The parties shall file a joint scheduling report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **September 29, 2026**

UNITED STATES MAGISTRATE JUDGE